

# IN THE COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |
|---|---|
| MONTEREY CONSULTANTS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>*Defendant*. )<br>) | **FILED**<br>DEC 24 2014<br>U.S. COURT OF<br>FEDERAL CLAIMS<br><br>Case No. 14-1234C |

## MOTION TO LEAVE TO FILE THE COMPLAINT UNDER SEAL

Pursuant to RCFC 5.5, Monterey Consultants, Inc. by undersigned Counsel hereby moves the Court file the Complaint and accompanied attachments under seal.

DATED: DECEMBER 24, 2014

Respectfully Submitted,

*/s/ Deitra Crawley Bryant*
DEITRA CRAWLEY BRYANT
COUNSEL FOR PLAINTIFF

THE PHERNAM LAW FIRM, PC
101 MARIETTA STREET, NW, STE. 1030
ATLANTA, GA 30303
404.791.1334
202.297.8092
deitra@phernam.com